UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN THE MATTER OF:                                                                      Case No: 19-32246

    GLORIA J KIPER

## TRUSTEE'S SHOW CAUSE REQUEST

Comes the Chapter 13 Trustee and moves the Court to require the debtor(s) to show cause why the above case should not be dismissed for failure to make the plan payments required by the Order of Confirmation, and in support thereof states as follows:

1. Date of Order of Confirmation: 9/5/19
2. Amount of plan payment:  $785.00 MONTHLY
3. Duration of plan & percent to unsecured creditors: 57 Months -- 100% to unsecured
4. Date of last payment: Thursday, October 17, 2019
5. Amount of arrearage: $1570 November, 2019 through December, 2019.

WHEREFORE, the Trustee requests that the debtor(s) be required to show cause why the above case should not be dismissed.

Tendered By:  
William W. Lawrence, Trustee  
200 S. Seventh St.  
Suite 310  
Louisville, KY 40202

*/s/William W. Lawrence, Trustee*  
William W. Lawrence  
Chapter 13 Trustee  
Western District of Kentucky

Date: 12/17/2019