UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                                                    CHAPTER 13

GLORIA JEAN KIPER                                          CASE NO.  19-32246 (3)

    Debtor(s)

## ORDER TO RESUME PLAN PAYMENTS

    This matter came before the Court on February 12, 2020 for hearing on the Trustee's motion for the debtor(s) to appear and show cause why this Chapter 13 bankruptcy case should not be dismissed for failure to make payments in accordance with the Order of Confirmation.  The Court having considered statements of counsel for the debtor(s) and of the Trustee, and being otherwise sufficiently advised,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the debtor(s) resume making payments in accordance with the Order of Confirmation.

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that should the debtor(s) fail to comply with this Order or again become in arrears under the Plan, the Trustee shall file a motion to dismiss this case, which  may be granted without further notice or hearing.

slg